```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
INTERNATIONAL ASSOCIATION OF                                   :
BRIDGE, STRUCTURAL, ORNAMENTAL AND                             :
REINFORCING IRON WORKERS UNION                                 :    20 Civ. 4979 (LGS)
LOCAL 361 and TRUSTEES of the IRON                             :
WORKERS LOCALS 40, 361 & 417 UNION                             :    ORDER
SECURITY FUNDS,                                                :
                                 Plaintiffs                    :
                                                               :
                   -against-                                   :
                                                               :
LOW-BID INC., PREMIER STEEL INC., J.                           :
MCNULTY ENTERPRISES and GEORGE T.                              :
MCNULTY,                                                       :
                                 Defendants.                   :
---------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the August 28, 2020, Order required, no later than August 31, 2020, at noon: (i) the parties to file the joint letter and proposed case management plan or (ii) if Plaintiffs are not in communication with Defendants, Plaintiffs to file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules (Dkt. No. 23).

WHEREAS, the parties have made no filings per the August 28, 2020, Order.  It is hereby

**ORDERED** that, if Plaintiffs are in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **September 1, 2020, at noon**, and shall explain why they repeatedly failed to comply with the Court's deadlines.  If Defendants refuse to cooperate in the preparation of these documents, Plaintiffs shall prepare and file them.  If Plaintiffs are not in communication with Defendants, no later than **September 1, 2020, at noon**, Plaintiffs shall file a letter (1) requesting adjournment of

the initial pretrial conference for up to 30 days, (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules and (3) explaining why they failed to comply with the Court's deadlines.  It is further

**ORDERED** that Plaintiffs shall serve a copy of this Order on Defendants and shall file affidavits of service no later than **September 11, 2020**.

Plaintiffs are advised that continued non-compliance with Court-ordered deadlines may result in dismissal of the action for failure to prosecute or sanctions.

Dated: August 31, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**