UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :
INTERNATIONAL ASSOCIATION OF      :
BRIDGE, STRUCTURAL, ORNAMENTAL AND :
REINFORCING IRON WORKERS UNION    :       20 Civ. 4979 (LGS)
LOCAL 361 and TRUSTEES of the IRON     :
WORKERS LOCALS 40, 361 & 417 UNION   :          ORDER
SECURITY FUNDS,                     :
                   Plaintiffs    :
                                 :
           -against-          :
                                 :
LOW-BID INC., PREMIER STEEL INC., J.    :
MCNULTY ENTERPRISES and GEORGE T.   :
MCNULTY,                           :
               Defendants.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court has been informed that the parties were unable to resolve their

dispute through mediation.  It is hereby

       **ORDERED** that the parties shall meet and confer and submit a joint letter proposing next

steps by **February 12, 2021**.

Dated: February 8, 2021
        New York, New York

                                 LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE