UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
INTERNATIONAL ASSOCIATION OF                    :
BRIDGE, STRUCTURAL, ORNAMENTAL AND :
REINFORCING IRON WORKERS UNION            :   20 Civ. 4979 (LGS)
LOCAL 361 and TRUSTEES of the IRON              :
WORKERS LOCALS 40, 361 & 417 UNION         :   ORDER
SECURITY FUNDS,                                              :
                          Plaintiffs                          :
:
              -against-                                       :
:
LOW-BID INC., PREMIER STEEL INC., J.         :
MCNULTY ENTERPRISES and GEORGE T.      :
MCNULTY,                                                           :
                         Defendants.                     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, after the parties were unable to resolve their dispute through mediation, the initial pre-trial conference in this matter was set for April 15, 2021, at 11:00 a.m.

      WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on April 8, 2021.

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on April 12, 2021**. Plaintiffs shall contact Defendant George McNulty to coordinate preparation of these materials. All parties are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: April 9, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE