```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INTERNATIONAL ASSOCIATION OF                                :
BRIDGE, STRUCTURAL, ORNAMENTAL                              :
AND REINFORCING IRON WORKERS                                :   20 Civ. 4979 (LGS)
UNION LOCAL 361 and TRUSTEES of the                         :
IRON WORKERS LOCALS 40, 361 & 417                           :   ORDER
UNION SECURITY FUNDS,                                       :
                              Plaintiffs                    :
                                                            :
                  -against-                                 :
                                                            :
LOW-BID INC., PREMIER STEEL INC., J.                        :
MCNULTY ENTERPRISES and GEORGE T.                           :
MCNULTY,                                                    :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's August 23, 2021, Order (Dkt. No. 72), Plaintiffs were required to serve a copy of this Court's Order to Show Cause upon Defendants and file proof of such service by September 2, 2021.

WHEREAS, on September 1, 2021, Plaintiffs filed an Affidavit of Non-Service for Defendant J. McNulty Enterprises, stating that service could not be effected because "[t]he New York Secretary of State reports no record on file for said entity." It is hereby

**ORDERED** that by **September 13, 2021**, Plaintiffs shall submit a joint letter stating how they plan to proceed regarding J. McNulty Enterprises.

Dated: September 7, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE