UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

INTERNATIONAL ASSOCIATION OF BRIDGE,          :          Civil Action No.:
STRUCTURAL, ORNAMENTAL AND                        :          20-CV-04979 (LGS)(BCM)
REINFORCING IRON WORKERS UNION                 :
LOCAL 361 and TRUSTEES of the IRON WORKERS :
LOCALS 40, 361 & 41 UNION SECURITY FUNDS,     :          [PROPOSED] DEFAULT
                                                                        :          JUDGMENT
                        Plaintiffs,                        :
            v.                                                :
                                                                :
LOW-BID INC., PREMIER STEEL INC., J. MCNULTY :
ENTERPRISES and GEORGE T. MCNULTY,            :
                                                                :
                        Defendants.                     :

----------------------------------------------------------------------------X

The Summons and Complaint having been duly served on the above-named Defendants

LOW-BID, INC., 125 E. Broadway, Suite 507, Long Beach, NY 11561, PREMIER STEEL, INC.,

1097 Suffolk Avenue, Brentwood, NY 11717, ~~J. MCNULTY ENTERPRISES, 125 E. Broadway,~~

~~Suite 507, Long Beach, NY 11561 and GEORGE T. MCNULTY, 125 E. Broadway, Suite 507,~~

~~Long Beach, NY 11561~~ and proofs of such service having been filed with the Court on July 10,

2020 , and said Defendants having failed to file an Answer to said Complaint within the time

prescribed by law, and said default having been duly noted by the Clerk of this Court on August

18, 2020.

NOW, on the motion of COLLERAN, O'HARA & MILLS L.L.P., attorneys for Plaintiffs,

it is hereby:

**ORDERED** that Plaintiffs, INTERNATIONAL ASSOCIATION OF BRIDGE,

STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS UNION LOCAL

361 and TRUSTEES OF THE IRON WORKERS LOCALS 40, 361 & 417 UNION SECURITY

FUNDS (referred to as the "PLAINTIFFS"), motion for default judgment is **GRANTED**; and it is further

    **ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendants LOW-LOW-BID, INC., 125 E. Broadway, Suite 507, Long Beach, NY   11561, ~~MCMURRAY~~ ENTERPRISES, 125 E. Broadway, Suite 507, Long Beach, NY 11561, ~~GEORGE T. MCMURRAY, 125 E. Broadway, Suite 507, Long Beach, NY 11561~~, PREMIER STEEL, INC., 1097 Suffolk Avenue, Brentwood, NY   11717 ~~and GEORGE T. MCMURRAY, 2294 N. Riverside Drive, Indialantic, FL 32903 in the amount of $820,217.12 which represents~~:

1. ~~$435,802.57 in delinquent contributions for the period from January 1, 2009 through August 26, 2008~~;

2. ~~$87,806.40 in interest calculated at ten percent (10%) per year in accordance with Section 24(a) of the collective bargaining agreement.~~

3. ~~$87,172.51 in liquidated damages, which represents 20% in accordance with Section 24(a) of the collective bargaining agreement of the amount owed in unpaid contributions for the period from January 1, 2009 through August 26, 2008;~~

4. ~~Attorney's fees in the amount of $118,965.64, 25% in accordance with Section 24(g) of the collective bargaining agreement.~~

5. ~~Court costs and disbursements in the amount of $400.00; and~~

6. ~~Such other legal and equitable relief as the Court deems proper the court deems just and proper.~~

2

Dated: New York, New York

XXXXXXXXXXXXXXXXXXXXXXX, 2021

The Clerk of the Court is directed to
terminate Defendants Low-Bid Inc. and
Premier Steel Inc.

SO ORDERED.

Dated: September 28, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3