UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
INTERNATIONAL ASSOCIATION OF                                  :
BRIDGE, STRUCTURAL, ORNAMENTAL                                :
AND REINFORCING IRON WORKERS                                  :   20 Civ. 4979 (LGS)
UNION LOCAL 361 et al.,                                       :
                              Plaintiffs                      :   ORDER
                                                              :
               -against-                                      :
                                                              :
LOW-BID INC. et al.,                                          :
                              Defendants.                     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was referred to Magistrate Judge Barbara Moses for all purposes on September 29, 2021 (Dkt. No. 89).

WHEREAS, a district judge may, "[o]n its own for good cause . . . vacate a referral to a magistrate judge." Fed. R. Civ. Pro. 73(b)(3). It is hereby

**ORDERED** that good cause exists here, and the referral at Docket No. 89 is **vacated**.

Dated: December 9, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE