```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS
UNION LOCAL 361, et al.,

      Plaintiffs,

  -against-

GEORGE T MCNULTY,

      Defendant.

20-CV-4979 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to public health conditions, the January 25, 2022 11:00 am conference will be conducted telephonically. The parties are directed to call (888) 557-8511 on their scheduled date, a few minutes before their scheduled time, and enter the access code 7746387.

    Counsel for plaintiff is directed to e-mail a copy of this Order to defendant McNulty, if possible, and if not to telephone McNulty to notify him of the change, and to file proof of such service or notification on the docket.

    The Court notes that Mr. McNulty's answer was due January 13, 2022 (*see* Dkt. No. 97, at 2), but has not been received. Mr. McNulty is therefore in default. If no answer or other response to the complaint has been filed by the date of the conference, plaintiffs may apply for the entry of default pursuant to Fed. R. Civ. P. 55(a) and Local Civ. R. 55.1.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* defendant, George McNulty, at 218 E. Park Ave. # 218, Long Beach, NY 11561.

Dated: New York, New York
       January 20, 2022

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**