UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS
UNION LOCAL 361, et al.,

    Plaintiffs,

-against-

GEORGE T MCNULTY,

    Defendant.

20-CV-4979 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In a voicemail received in chambers today at 11:53 a.m. today, defendant McNulty stated that he "need[ed] to postpone" tomorrow's conference, but did not indicate why.

Mr. McNulty has been apprised numerous times, both on the docket (*see* Dkt. No. 97) and on the phone with chambers staff as recently as last week, that requests for extensions must be made in writing and compliance with my Individual Rules.

The January 25, 2022 conference will proceed as scheduled.

Counsel for plaintiff is directed to e-mail a copy of this Order to defendant McNulty, if possible, and if not to telephone McNulty to notify him of this Order, and to file proof of such service or notification on the docket.

The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* defendant, George McNulty, at 218 E. Park Ave. # 218, Long Beach, NY 11561.

Dated: New York, New York
      January 24, 2022

                            **SO ORDERED.**

                            **BARBARA MOSES**
                            **United States Magistrate Judge**