

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL
AND REINFORCING IRON WORKERS
UNION LOCAL 361, et al.,

        Plaintiffs,

  -against-

GEORGE T MCNULTY,

        Defendant.

20-CV-4979 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, the Court requires supplemental briefing concerning the appropriate sanctions to be assessed against defendant McNulty (*see* Dkt. 120). Plaintiffs shall file their supplemental brief (limited to ten pages double-spaced, or a five-page letter-brief) no later than **October 17, 2022**. Defendant shall file his response (limited to ten pages double-spaced, or a five-page letter-brief) no later than **October 31, 2022**.

Dated:  New York, New York
        October 4, 2022

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**