UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
INTERNATIONAL ASSOCIATION OF                                   :
BRIDGE, STRUCTURAL, ORNAMENTAL                                 :
AND REINFORCING IRON WORKERS                                   :
UNION LOCAL 361, et al.,                                       :  20 Civ. 4979 (LGS)
                              Plaintiffs,       :
                                                               :  ORDER
-against-                                                      :
                                                               :
LOW-BID INC., et al.,                                          :
                            Defendants.      :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference was held on February 7, 2024.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that, by **March 8, 2024**, Plaintiffs shall file their motion for summary judgment on the third claim in the Complaint alleging fraud, with a memorandum of law not to exceed 25 pages.  By **April 12, 2024**, pro se Defendant George McNulty shall file his opposition, not to exceed 25 pages.  By **May 1, 2024**, Plaintiffs shall file their reply, not to exceed 10 pages.  The parties shall comply with the Court's Individual Rules in filing their motion and supporting papers.  A referral to Judge Moses for a damages inquest on the first, second and fourth claims in the Complaint will issue separately.  It is further

      **ORDERED** that counsel for Plaintiffs is directed to email a copy of this Order to Defendant McNulty at the email address customarily used for communications relating to this lawsuit and to file proof of such service on the docket by **February 9, 2024**.

Dated: February 8, 2024
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE